Doren E. Hohl
MAY 0 9 2016
SERVICE OF PROCESS

IN THE DISTRICT COURT OF COMANCHE COUNTY
STATE OF OKLAHOMA

FILED
COMANCHE COUNTY
2016 APR 29 AM 10 51

| | |
|---|---|
| REGINALD DUVAL, | ) |
|  | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CJ- 2016-246 |
|  | ) |
| FARMERS INSURANCE | ) |
| COMPANY, INC., | ) |
|  | ) |
| Defendant. | ) |

## PETITION

COMES NOW the Plaintiff, REGINALD DUVAL, and for his claim against the defendant, alleges and states as follows:

1. The plaintiff, REGINALD DUVAL is a resident of Comanche County.

2. The defendant, FARMERS INSURANCE COMPANY, INC., (hereinafter "Farmers") is a corporation authorized to provide insurance in the State of Oklahoma. Service can be obtained on Defendant Farmers by serving Oklahoma Insurance Commissioner, 3625 N.W. 56th Street, Suite 100, Oklahoma City, OK.

### JURISDICTION AND VENUE

3. Jurisdiction is proper in the State of Oklahoma because Defendant "Farmers" is a corporation licensed to provide insurance in the State of Oklahoma.

4. Venue is proper in The District Court of Comanche County in that the acts that are the subject of this petition took place in Oklahoma County, State of Oklahoma.

### FACTS

5. On or about October 21, 2015, plaintiff's residence was destroyed by fire.

6. The Plaintiff had in full force and effect a policy of insurance which covered plaintiff's residence.



7. The plaintiff has made claims for property loss to the defendant.

8. Defendant has failed to pay under the terms of the policy and in doing so is in breach of contract.

9. Defendant has wrongfully and unreasonably denied plaintiff's claim. Defendant has failed to properly investigate plaintiff's claim and has committed bad faith.

WHEREFORE, the plaintiff prays for judgment against the defendant for actual damages in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, together with interest, attorney fees, costs of this action, compensatory damages for mental suffering and distress, and such other relief as this Court shall deem just and proper.

FURTHER, pursuant to 23 O.S. § 9.1 (B) and because the acts and omissions of the defendant represent a total disregard for the rights of the plaintiff, Plaintiff prays for and is entitled to judgment against the defendant for exemplary damages.

**ATTORNEYS' LIEN CLAIMED**

**JURY TRIAL DEMANDED**

Respectfully submitted,

LAW OFFICES OF MICHAEL D. LEWIS

_____
Michael D. Lewis, OBA #12131
6116 N.W. 63rd Street, Suite 100
Oklahoma City, OK 73132
Telephone: (405) 720-2225
Facsimile: (405) 848-6834
ATTORNEY FOR PLAINTIFF