UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REGINALD DUVAL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 16-CV-560-D |
| FARMERS INSURANCE COMPANY, INC. | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiff, Reginald Duval, and the Defendant, Farmers Insurance Company, Inc., and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal of the above-captioned lawsuit with prejudice to the refilling thereof.

_____
Michael D. Lewis, OBA #12131
LAW OFFICES OF MICHAEL D. LEWIS
**Attorney for Plaintiff**
6116 N.W. 63rd Street, Suite 100
Oklahoma City, OK 73132
Telephone: (405) 720-2225
Facsimile: (405) 848-6834
Email: mdl.1ewislaw@gmail.com

_____
F. Thomas Cordell, OBA #1912
Amanda R. Mullins, OBA #30186
FRAILEY CHAFFIN CORDELL PERRYMAN & STERKEL LLP
**Attorneys for Defendant**
201 North 4th Street; P.O. Box 533
Chickasha, OK 73023
Telephone: (405) 224-0237
Facsimile: (405) 222-2319
Email: tcordell@fccpsm.com
Email: amullins@fccpsm.com